1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant *JULIUS LIGE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No.: **CR05-00778CW** |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JULIUS LIGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND/OR THROUGH THEIR RESPECTIVE ATTORNEYS IN THE ABOVE ENTITLED ACTION THAT:

Julius Lige may travel from Northern District to the Central District of California, specifically, Los Angeles County on February 17th returning on February 20th to visit his wife's grandmother.

Date: _____/s/_____
ALICIA FENRICK
UNITED STATES ATTORNEY

Date: _____/s/_____
RICHARD E. HOVE
ATTORNEY FOR DEFENDANT

Date: _____/s/_____
PRETRIAL SERVICES AGENT

1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant *JULIUS LIGE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: **CR05-00778CW** |
| Plaintiff, | ORDER |
| vs. | |
| JULIUS LIGE, | |
| Defendants. | |

For good cause appearing IT IS HEREBY ORDERED that JULIUS LIGE may travel from Northern District to the Central District of California, specifically, Los Angeles County on February 17th returning on February 20th to visit his wife's grandmother.

Dated: February 14, 2006

*IT IS SO ORDERED*
*Wayne D. Brazil*
Judge Wayne D. Brazil

_____
Honorable Magistrate Wayne Brazil

- 2 -