1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant *JULIUS LIGE*

5

6
                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
8

9
   | UNITED STATES OF AMERICA, | No.: **CR05-00778CW** |
   |---|---|
   | Plaintiff, | APPLICATION FOR TRAVEL ORDER; DECLARATION OF RICHARD E. HOVE; [PROPOSED ORDER] |
   | vs. | |
   | JULIUS LIGE, | |
   | Defendant. | |

       Defendant requests a travel order from Northern District to the Central District of
California, specifically, Los Angeles County on April 7th returning on April 9th to visit his wife's
grandmother.

Dated: 4/7/06                                    Respectfully submitted,


                                                 _____/s/_____
                                                 Richard E. Hove
                                                 Attorney for Defendant, Julius Lige

1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant *JULIUS LIGE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIUS LIGE,<br><br>Defendant. | No.: **CR05-00778CW**<br><br>DECLARATION OF RICHARD E. HOVE |

I, declare under penalty of perjury:

That Alicia Fenrick of the United States Attorney's Office has no objection to the above application and that Carl Mamarl has no objection of the application. Wherefore good cause exists for the issuance of the travel order.

Dated: 4/7/06

_____/s/_____
Richard E. Hove
Attorney for Defendant, Julius Lige

- 2 -

1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant *JULIUS LIGE*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: **CR05-00778CW** |
| Plaintiff, | [~~PROPOSED~~] TRAVEL ORDER |
| vs. | |
| JULIUS LIGE, | |
| Defendants. | |

For good cause appearing IT IS HEREBY ORDERED that JULIUS LIGE may travel from Northern District to the Central District of California, specifically, Los Angeles County on April 7 7th returning on April 9th to visit his wife's grandmother.

Dated: April 7, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

_____
Honorable Magistrate Wayne Brazil

- 3 -