~~PROPOSED~~ ORDER/COVER SHEET

# FILED

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

JUN 6 - 2006

**RE:** Julius Lige

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DOCKET NO.:** CR 05-00778 CW

**DATE:** June 5, 2006

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Paul Mamaril | 510-637-3757 |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

**RE:** **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**A. The defendant shall submit to (drug)(alcohol) testing as directed by Pretrial Services.**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

| _Wayne D. Brazil_ | 6-6-06 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |

Cover Sheet (12/03/02)

*Copy of face sheet to: WDB's Stats, Parties of record na ECF Pretrial, Financial, Sheilah*